936 A.2d 966

APPALOOSA INVESTMENT, L.P.I., ET AL., PLAINTIFFS, v. J.P. MORGAN SECURITIES, INC., DEFENDANT, AND BMO NESBITT BURNS, INC., ET AL., DEFENDANTS THIRD–PARTY–MOVANTS.

November 20, 2007.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.